IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:17-cv-00142-RLV-DSC

| | |
|---|---|
| LANGTREE HUD DEVELOPMENT COMPANY, </br>Plaintiff, </br>v. </br>JASPER USA INC., </br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on its own motion to make part of the record in this action the attached State court (1) Complaint in Summary Ejectment and (2) Judgment in Action for Summary Ejectment. This action was ostensibly removed to this Court from Iredell County, North Carolina, General Court of Justice, District Court Division – Small Claims, Case Number 17-CVM-1224. Defendant failed to include pleadings from the State court action as required by statute.

The Court finds, for the purposes of considering remand of this action, that (1) Complaint in Summary Ejectment and (2) Judgment in Action for Summary Ejectment should become part of the record in this action. The Court takes judicial notice of the attached documents.

**IT IS, THEREFORE, ORDERED THAT** the following documents are and are hereby made part of the record in this action: (1) Complaint in Summary Ejectment and (2) Judgment in Action for Summary Ejectment. **SO ORDERED.**

Signed: August 22, 2017

Richard L. Voorhees
United States District Judge